

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00132-CV

IN THE INTEREST OF A.R.H. AND
J.S.H.

------------

FROM THE 431ST DISTRICT COURT OF DENTON COUNTY

------------

## ORDER

------------

On Tuesday, April 30, 2013, we sent the parties a letter suggesting that this case may be appropriate for referral to an alternative dispute resolution procedure. On Friday, May 10, 2013, appellee filed a written objection to the proposed referral. Because we have determined that there is a reasonable basis for the objection, we sustain the objection.

The clerk's record and reporter's record are due on or before **Tuesday, May 14, 2013**.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

DATED May 10, 2013.

PER CURIAM